IN RE RESIGNATION OF WOODS.

[Cite as *In re Resignation of Woods* (1993), 67 Ohio St.3d 1206.]

(No. 93–1780—Submitted September 14, 1993—Decided September 15, 1993.)

The resignation of Thomas Peter Woods of Cincinnati, Ohio, as an attorney, Registration No. 0043226, is accepted.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and PFEIFER, JJ., concur.

F.E. SWEENEY, J., dissents.